# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| ROBERT WILLIAM RICHARDSON II, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 13-0089-CV-W-ODS-P |
| ) | |
| DEAN MINOR, ) | |
| ) | |
| Respondent. ) | |

## ORDER DIRECTING PETITIONER TO REPLY

It is **ORDERED** that, within 30 days from the date of this Order, petitioner is directed to file a reply to respondent's "Response to Order to Show Cause Why a Writ of Habeas Corpus Should Not be Granted" (Doc. No. 13), or this case will be dismissed without further notice.

    /s/ *Ortrie D. Smith*
    ORTRIE D. SMITH
    UNITED STATES DISTRICT JUDGE

Kansas City, Missouri,

Dated:  May 3, 2013